IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN BAUGHMAN, et al, on behalf of himself and those similarly situated | : | |
| Plaintiffs, | : | Case No. 3:19-cv-8 |
| v. | | JUDGE WALTER H. RICE |
| KTH PARTS INDUSTRIES, INC., | : | |
| Defendant. | | |

DECISION AND ENTRY SUSTAINING, NUNC PRO TUNC, PLAINTIFFS' MOTION TO VACATE EVIDENTIARY HEARING ON PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION UNDER 29 U.S.C. § 216(b) (DOC. #29)

Before the Court is Plaintiffs' Motion to Vacate Evidentiary Hearing on Pre-Discovery Motion for Conditional Certification under 29 U.S.C. § 216(b), Doc. #29. Defendant has filed a Response in Opposition, Doc. #30, and Plaintiffs have filed a Reply, Doc. #35. Prior to the hearing, scheduled for July 1, 2020, at 9:30 a.m., all counsel were advised that the hearing was vacated. Accordingly, said Motion, Doc. #29, is sustained, nunc pro tunc.

Date: March 31, 2021

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE