IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUSTIN BAUGHMAN, et al., :

    Plaintiffs, :

v. : Case No. 3:19-cv-0008

KTH PARTS INDUSTRIES, INC., : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO APPROVE AND ISSUE NOTICE (DOC. #52)

---

This matter is before the Court pursuant to a Joint Motion to Approve and Issue Notice, Doc. #52, filed by the parties pursuant to this Court's Decision and Entry of August 16, 2021, Doc. #51. Attached as an exhibit to this Joint Motion is a revised Notice. The parties request approval of the Notice so that the Court-supervised notice period can begin.

The Court finds that the Notice complies with the Court's Decision and Entry filed August 16, 2021, Doc. #51, and, accordingly, the Joint Motion to Approve and Issue Notice, Doc. #52, is SUSTAINED.

Date: September 1, 2021

                                                  WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE