IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **AUSTIN FIELDS**, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 3:19-cv-8 ) ) Judge Walter H. Rice ) |
| v. | ) ) ) |
| **KTH PARTS INDUSTRIES, INC.**, | ) ) |
| Defendant. | ) ) |

**JOINT MOTION FOR FINAL APPROVAL OF A CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Austin Fields ("Representative Plaintiff"), on behalf of himself and the members of proposed settlement class, and KTH Parts Industries, Inc. ("Defendant"), by and through undersigned counsel, hereby jointly move this Court for entry of final judgment approving the Parties' Class Action Settlement Agreement ("Agreement" or "Settlement") pursuant to Fed. R. Civ. P. 23.

On April 6, 2022, the Parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Rule 23 Class Action ("Joint Motion for Preliminary Approval"). (ECF No. 69) On April 11, 2022, this Court entered an Order granting provisional certification of the Rule 23 class, granting preliminary approval of the Settlement, and authorizing notice to the provisionally certified class members. (ECF No. 70) On April 26, 2022, Analytics Consulting, LLC ("Settlement Administrator" or "Claims Administrator") commenced the issuance of Notice in accordance with the terms of the Settlement and the Court's Order

1

preliminarily approving the Settlement. (*See* Declaration of Jeff Mitchell (hereinafter "Claims Administrator Decl."), attached hereto as **Exhibit 1**, ¶¶ 8–12.) The Court-approved Notice was sent to approximately 1,112 members of the provisionally certified class. (*Id*.) Under the Court-approved Notice, the Opt-Out Forms and written objections to the Settlement had to be received or post-marked on or before June 25, 2022. (*Id*.) Fifty-two (52) Notices were returned to Analytics with a forwarding address, so Analytics updated the class list and re-mailed the Notice to the updated addresses. (*Id*.) Fifty (50) Notices were returned without a forwarded address, so Analytics conducted a skip trace in an attempt to ascertain valid addresses for the 50 affected Class Members. (*Id*.) As a result of those efforts, thirty-nine (39) new addresses were identified and Analytics re-mailed the Notice to each of the new addresses. (*Id*.)

The notice process has been completed pursuant to the Parties' Settlement as approved by the Court's Order. (Ex. 1, ¶ 8-12) Out of the 1,112 provisionally certified class members, only eighteen (18), or 1.6%, requested to be excluded. (*Id*., ¶ 15, n. 1). Importantly, no class members objected to the Settlement. (Ex. 1, Claims Administrator Decl. ¶ 12)

As explained in the Joint Motion for Preliminary Approval, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 69, PAGEID # 925-28) The Settlement distributions are fair, reasonable, and adequate. (*Id.* at PAGEID # 937-38). This is underscored by the fact that no objections to the Settlement were raised during the notice process.

Therefore, the Parties respectfully request that this Court enter an Order granting final

2

certification of the class and collective action, and final approval of the Settlement.[1] The Parties further request that the fairness hearing be held telephonically since there are no objections to their Settlement.

Respectfully submitted,

| | |
|---|---|
| /s/*Matthew J.P. Coffman* <br> Matthew J.P. Coffman (0085586) <br> **COFFMAN LEGAL, LLC** <br> 1550 Old Henderson Road <br> Suite W-126 <br> Columbus, Ohio 43220 <br> Ph: 614-949-1181 <br> Fax: 614-386-9964 <br> Email: mcoffman@mcoffmanlegal.com | /s/*Allen S. Kinzer* <br> Allen S. Kinzer (0040237) <br> Janay M. Stevens (0090515) <br> Vorys, Sater, Seymour and Pease LLP <br> 52 East Gay Street <br> P.O. Box 1008 <br> Columbus, Ohio 43216-1008 <br> Telephone: (614) 464-5428 <br> Facsimile: (614) 719-4957 <br> Email: askinzer@vorys.com <br> jmstevens@vorys.com |
| /s/*Daniel I. Bryant* <br> Daniel I. Bryant (0090859) <br> **BRYANT LEGAL, LLC** <br> 1550 Old Henderson Road <br> Suite W-126 <br> Columbus, Ohio 43220 <br> Direct: (614) 704-0546 <br> Fax: (614) 573-9826 <br> Email: dbryant@bryantlegalllc.com | *Attorneys for Defendant* <br> *KTH Parts Industries, Inc.* |

*Class Counsel for Named Plaintiff*
*and those similarly situated*

---

[1] The Parties intend to submit a proposed Order on or before August 2, 2022 – 7 days prior to the fairness hearing on August 9, 2022.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July, 2022, a true and accurate copy of the foregoing was electronically filed with the United States District Court for the Southern District of Ohio through the Court's CM/ECF system, and that such system will send electronic notice of the filing to all counsel of record.

      /s/*Daniel I. Bryant*
      Daniel I. Bryant (0090859)

      *Class Counsel for Named Plaintiff and those similarly situated*

13816533.3